IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY /m/ D.C.

05 SEP -7 AM 7: 59

UNITED STATES OF AMERICA

v.

MARCUS MELTON                                                              05cr20056-23-Ma

## ORDER SPECIFYING PERIOD OF EXCLUDABLE DELAY UNDER THE SPEEDY TRIAL ACT

The defendant's counsel this day notified the Court that in the interest of justice that this matter be continued. Pursuant to the Speedy Trial Act, as set out in 18 U.S.C. § 3161(h)(8)(A), a defendant may be granted a period of excludable delay if the ends of justice are served.

It is therefore ORDERED that the time period of 9/6/05 through 9/14/05 be excluded from the time its imposed by the Speedy Trial Act for trial of this case.

**ARRAIGNMENT IS RESET TO WEDNESDAY, SEPTEMBER 14, 2005 AT 9:30 A.M. BEFORE MAGISTRATE JUDGE DIANE K. VESCOVO.**

This 6 day of September, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 9-16-05

234

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 234 in case 2:05-CR-20056 was distributed by fax, mail, or direct printing on September 16, 2005 to the parties listed.

---

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Linda Kendall Garner
LAW OFFICE OF LINDA KENDALL GARNER
217 Exchange Ave.
Memphis, TN 38105

Honorable Samuel Mays
US DISTRICT COURT