IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

VS.                                      NO. 05-20056-Ma

MARCUS MELTON,

      Defendant.

ORDER CONDITIONALLY WAIVING APPEARANCE AT REPORT DATE

On October 26, 2005, counsel for defendant Marcus Melton filed a motion to waive the appearance of the defendant at the report date scheduled on October 28, 2005. For good cause shown, the motion is granted and the appearance of the defendant is waived on the condition that counsel file with the court a written waiver signed by the defendant. Counsel shall file the required written waiver immediately upon its receipt.

It is so ORDERED this 26th day of October, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 10-28-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 481 in case 2:05-CR-20056 was distributed by fax, mail, or direct printing on October 28, 2005 to the parties listed.

---

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Linda Kendall Garner
LAW OFFICE OF LINDA KENDALL GARNER
217 Exchange Ave.
Memphis, TN 38105

Honorable Samuel Mays
US DISTRICT COURT